IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHRISTOPHER A. GROVER,

    Plaintiff,

    v.                                              Case No. 21-cv-496-bbc

JOHN M. YACKEL, RICHARD J. DOFOUR,
and JAMES KRAVE,

    Defendants.

---

JUDGMENT IN A CIVIL CASE

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 9/24/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |